

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**LORRAINE GOLDYCH,**

               Plaintiff,

- against -

**CSX TRANSPORTATION, INC.,**

               Defendant.

---

CIVIL ACTION NO. 5:17-cv-1341
(DNH/ATB)

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued, on the merits and with prejudice, without costs to any party as against the other, the same having been fully and finally settled and compromised; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed without further notice with the Clerk of the Court.

DATED: July 10, 2019
Buffalo, New York

John F. Collins, Esq.
John F. Collins & Associates, LLP
Attorneys for Plaintiff
267 North Street
Buffalo, New York 14201
afalsone@collinscollins.com

T.H. Lyda, Esq.
Burns White
Attorney for Defendant
  CSX Transportation, Inc.
48 26th Street
Pittsburgh, PA 15222
thlyda@burnswhite.com

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 12/16/2019
Utica, NY